IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02030-PAB-MDB

JEREMY FISHER,

    Plaintiff,

v.

MOSES ANDRE STANCIL, CDOC EXECUTIVE DIRECTOR,
LEONARD WOODSON III, CDOC ASSISTANT DIRECTOR OF CLINICAL SERVICES,
AMANDA RETTING, CO SOTMP DIRECTOR, AND
KIMBERLY KLINE, CO CHAIRPERSON OF SOMB,

    Defendants.

## DEFENDANTS' REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS (ECF NO. 30) PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF NO. 9)

Defendants Moses 'Andre' Stancil, Leonard Woodson, III, Amanda Retting, and Kimberly Kline ("Defendants"), by and through their counsel, the Colorado Attorney General, respectfully submit this Reply in Support of Partial Motion to Dismiss (ECF No. 30) Plaintiff's Second Amended Complaint (ECF No. 9) (the "Motion").

In the Motion, Defendants asked this Court to dismiss all claims against Defendant Kline under Fed. R. Civ. P. 12(b)(1) and the equal protection claim against all Defendants under Fed. R. Civ. P. 12(b)(6). (ECF No. 30). Plaintiff filed a response to the Motion in which he did not oppose either request. (ECF No. 36). Accordingly, Defendants stand on the arguments made in the Motion and renew their request that this Court dismiss all claims against Defendant Kline and the equal protection claim against Defendants.

Respectfully submitted April 1, 2024.

PHILIP J. WEISER
Attorney General

s/ *Amy E. Adams*

AMY E. ADAMS*
ANN C. TOUSIGNANT STANTON*
Assistant Attorneys General
Attorneys for the Defendants
1300 Broadway, Tenth Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail:  amy.adams@coag.gov;
ann.stanton@coag.gov
*Counsel of Record

## CERTIFICATE OF SERVICE

This is to certify that I have served **DEFENDANTS' REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS (ECF NO. 30) PLANTIFF'S SECOND AMENDED COMPLAINT (ECF NO. 9)** upon all parties herein by e-filing with the CM/ECF system maintained by the court on April 1, 2024, and by depositing same in the United States mail, postage prepaid, at Denver, Colorado, on April 2, 2024, addressed as follows:

Jeremy Fisher, #164296
Fremont Correctional Facility
PO Box 999
Canon City, CO 81215-0999
*Plaintiff Pro Se*

*Courtesy Copy via email:*
Anthony DeCesaro, CDOC

*s/ Brittany Vigil & Mariah Cruz-Nanio*