IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02030-PAB-MDB

JEREMY FISHER,

　Plaintiff,

v.

MOSES ANDRE STANCIL,
LACY MONDAY,
LEONARD WOODSON, III,
AMANDA RETTING,
KIMBERLY KLINE,

　Defendants.

---

**MOTION FOR LEAVE TO WITHDRAW FROM LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO.LAttyR 5(b)**

---

Abby Zinman Esq., hereby submits this Motion for Leave to Withdraw from Limited Scope Representation Pursuant to D.C.COLO. LAttyR 5(b), and in support thereof, states as follows.

### REQUEST FOR RELIEF

1.　D.C.COLO.LAttyR 5(b) permits an attorney to withdraw, with approval of the Court, upon completion of the limited representation scope or objective agreed with counsel's client.  D.C.COLO.LAttyR 5(b) provides:

> **(b) Withdrawal of Appearance.** An attorney who has filed an Entry of Appearance or an Entry of Appearance to Provide Limited Representation or has appeared otherwise in a case may seek to withdraw on motion showing good cause. Withdrawal shall be effective only on court order entered after service of the notice of withdrawal on all counsel of record, any unrepresented party, and the client of the withdrawing attorney. A motion to withdraw must state the

  reasons for withdrawal, unless the statement would violate the rules of professional conduct. Motions to withdraw based on the completion of the limited representation shall include a certification by counsel that the service specified in the Entry of Appearance to Provide Limited Representation is complete. Notice to the client of the attorney must include the warning that the client is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. Where the client of the withdrawing attorney is a corporation, partnership, or other legal entity, the notice shall state that such entity may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

  2. Here, undersigned counsel seeks to withdraw from counsel's limited appearance to represent Plaintiff in this action at their request for the limited purpose of assisting with a settlement conference, as counsel has completed the service and task(s) as contemplated and agreed upon by counsel and the party.

  3. Accordingly, undersigned counsel respectfully requests that this Court permit her to withdraw from the limited appearance, and on the basis that good cause is shown; counsel certifies as completed the service and task(s) to satisfaction, evidenced by the cancellation of settlement discussions, and conference.

  4. At the conclusion of this limited appearance, the pro se party has the burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served and understands that he/she has the obligation to prepare for trial or have other counsel prepare for trial; that failure or refusal to meet these burdens may subject him/her to legal consequences such as dismissal or default; and that the dates of any proceedings including trial and holding of such proceedings will not be affected by the completion of the limited appearance of counsel.

  5. Undersigned counsel requests that all Notices of Electronic Filing issued in this matter be terminated with respect to counsel.  Undersigned counsel acknowledges that Plaintiff will continue to receive from the court or from the opposing counsel or parties

notice of all documents filed in this case.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw from providing limited representation to Plaintiff pursuant to D.C.COLO.LAttyR 5(b).

DATED this 25th day of February, 2025.

**HKM Employment Attorneys, LLP**

*/s/ Abby Zinman*
Abby Zinman, #57792
HKM Employment Attorneys, LLP
518 17th Street, Suite 1100
Denver, CO 80202
Ph: (720) 410-8372
Email: azinman@hkm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of February, 2025, a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW FROM LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO.LAttyR 5(b)** was electronically filed via CM/ECF and served on the following:

Amy E.B. Adams
Ann C. Tousignant Stanton
Kristin K. Lindermann
Colorado Attorney General's Office
Civil Litigation & Employment Section
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6032
amy.adams@coag.gov
ann.stanton@coag.gov
Kristin.lindemann@coag.gov

*Counsel for Defendants*

                                                                      */s/ Tammy Harris*
                                                                      Tammy Harris