FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:58 pm, Feb 26, 2025
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02030-PAB-MDB

JEREMY FISHER,

    Plaintiff,

v.

MOSES ANDRE STANCIL, et al.,

    Defendants,

---

## PLAINTIFF'S SECOND MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Jeremy Fisher, pro se, respectfully submits his second motion for appointment of counsel and requests the Court review his motion under the liberal standard required. *Haines v. Kerner*, 404 U.S. 519, 520-21, 92 S. Ct. 594, 30 L. Ed. 2d 652 (1972).

The Plaintiff respectfully requests competent representation for his litigation as it is meritorious, complex, and the Plaintiff is substantially disadvantaged investigating facts and presenting his claims. Pursuant to 28 U.S.C. 1915(e)(1), the Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, the Plaintiff states:

1. The Plaintiff cannot afford to hire a lawyer. He has been granted leave to proceed in forma pauperis in this case.

2. The Defendants have repeatedly shown that they are unwilling to settle this dispute, and the Plaintiff now turns to Summary Judgment in this case.

3. This case will likely now involve the possibility of securing expert witnesses, finishing out the summary judgment phase, and getting prepared for cross-examination at trial.

1

Because of his imprisonment, the Plaintiff cannot do most of this, if at all, in a meaningful and effective way.

4. The issues in this case are complex, they involve an ongoing systematic and willful failure to correct the issues, in a direct violative of the mandate set by the Colorado General Assembly pursuant to C.R.S. 17-1-115.9. The Plaintiff has never been a party to a civil legal proceeding and is currently relying on another imprisoned inmate to help him, but that inmate is being released soon and will not be able to provide the Plaintiff with assistance. A lawyer would provide the continuing of assistance to apply to his case and law properly in briefs and before the court. A lawyer would effectively apply the *Matthews v. Eldridge*, 424 U.S. 319, 335, 96 S. Ct. 893, 47 L. Ed. 2d 18 (1976) factors in this case and at trial.

5. The Plaintiff's lawsuit here has merit as he has outlined and shown in his Fourth Amended Complaint, Temporary Restraining Order, Reply to the Defendants Response to his TRO, and his motions for Summary Judgment with Memorandum of Law in Support of, which include the undisputed facts of this case, which further supports the need of legal counsel assistance.

6. Trial in this case will turn on the credibility of witnesses and the Defendants' testimony on the management of the Sex Offender Treatment and Monitoring Program (SOTMP) at issue in this case, so there is a need for a lawyer to properly conduct that cross-examination to bring forth the truth and factual circumstances and operation of that program.

7. The Plaintiff has made repeated efforts to obtain lawyers. However, he has been unsuccessful due those lawyers he has addresses to and have contacted, are currently too busy to take on the Plaintiff's case. Those contacts include:

Kelley Page, # 46344
1600 Stout St., Ste. 1400
Denver, CO 80202

David Lane, # 16422
1543 Champa St., Ste. 400
Denver, CO 80202

8. Here, the degree to which the interests of justice, including the benefits to the Court, will be served by the appointment of counsel when the Court takes in the factors outlined under D.C.Colo.L.Atty.R.15(f)(1)(B)(i)-(iv). Appointment of counsel here will eliminate fundamental unfairness to the Plaintiff in this case in his ability to bring justice to his cause.

9. The Court has the authority to grant and appoint counsel in this case at its discretion. *Moaz v. Denver Int'l Airport*, 747 F. App'x. 708, 711 (10th Cir. 2018) (unpublished) (citing *Rachel v. Troutt*, 820, F.3d 390, 396-97 (10th Cir. 2016); *Hill v. Smithkline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004).

WHEREFORE, the Plaintiff requests that the Court appoint counsel to represent him in this case.

Respectfully submitted,

Dated: 2/26/2025

Jeremy Fisher #164296
P.O. Box 999
Canon City, CO 81215

3

## CERTIFICATE OF MAILING

I certify that on the 26th day of February, 2025 that a true and correct copy of PLAINTIFF'S SECOND MOTION FOR APPOINTMENT OF COUNSEL was deposited in the U.S. Mail, postage pre-paid and addressed to the following:

Ann Stanton
Amy Adams
Assistant Attorneys General
Colorado Dept. of Law
1300 Broadway, 10th Floor
Denver, CO 80203

Jeremy Fisher #164296

# COLORADO DEPARTMENT OF CORRECTIONS
## LEGAL ACCESS PROGRAM
### REQUEST FOR PRISONER ELECTRONIC SCANNING (PEF) | COVER PAGE

**INCOMPLETE FORMS WILL BE DENIED.**            TODAY'S DATE: 2/26/2025

LAST NAME: Fisher          FIRST INITIAL: J          DOC#: 164296
FACILITY: FCF              HOUSING UNIT: 7           TIER: 2          CELL: 219

**STATE THE TYPE OF DOCUMENT BEING SENT:**

☐ 42 USC §1983 INITIAL **COMPLAINT** (FORM=6 PGS.) TOTAL PGS. BEING SENT: _____

☐ 28 USC §1915 **INFORMA PAUPERIS 1983 COMPLAINT** (FORM=4 PGS) TOTAL PGS. BEING SENT: _____

☐ 28 USC §2241 **APPLICATION FOR A WRIT OF HABEAS CORPUS** (FORM=4PGS) TOTAL PGS. BEING SENT: _____

☐ 28 USC §2254 **APPLICATION FOR A WRIT OF HABEAS CORPUS** (FORM=6PGS) TOTAL PGS. BEING SENT: _____

☐ 28 USC §2255 **APPLICATION FOR A WRIT OF HABEAS CORPUS** (FORM=5 PGS) TOTAL PGS. BEING SENT: _____

☐ 28 USC §1915 **INFORMA PAUPERIS FOR HABEAS** (FORM=2PGS) TOTAL PGS. BEING SENT: _____

☒ Other, please list document(s) here with page number for each document:
Plaintiff's Second Motion For Appointment of Counsel (3 pages total) w/ Cert. of Service (1 page) (4 pages total)

*OFFENDER MUST PROVIDE COURT ORDER TO CURE DEFICIENCIES TO LEGAL ASSISTANT
☐ CHECK HERE IF THIS IS AN AMENDED COMPLAINT _____
☐ CHECK HERE IF THIS IS IN RESPONSE TO CURE DEFICIENCY _____

OFFENDER SIGNATURE: [signed]
(Sign on this line)

**DO NOT WRITE BELOW THIS LINE**
Date Request Received: FEB 26 2025    Facility Law Library: FCF    Legal Assistant's Initials: [initials]
TOTAL PAGES WITH THIS FAX, INCLUDING THIS COVER PAGE: 5 pgs

Your request has been **DENIED**: _____ in whole _____ in part for the following reason(s):
___ Your request form was not properly completed (Missing required signature, last name, first initial, full cell location, facility, unit, tier, cell, DOC #, date, etc.)
___ The material you have submitted does not meet program definitions of legal material, as described in AR 750-01.
___ Your PEF request exceeds the page limit established by the Legal Access Program (see attached). Also see posted PEF policies.
___ You have not submitted the documents to be scanned.
___ The Legal Access Program will not allow scanning/transmission of ARs, IAs, OMs, case law, statutes, court rules, session laws, or material contained in the law library, even as attachments/exhibits.(Exception for non-published case law to be attached to a pleading.)
___ The Legal Access Program will not allow scanning/transmission of transcripts, electronic or paper media, including but not limited to transcripts, court records, and discovery from courts or attorneys, incomplete documents, altered documents, and/or blank forms.
___ The Legal Access Program will not allow scanning/transmission of non-original documents, previously-copied/scanned documents, incoming correspondence, or documents (account statements, mittimus, etc.), grievances, COPD appeals; except as exhibits attached to an original pleading being filed with the court. Your pleading must include a statement referring to the attached exhibits in order for them to be scanned/transmitted.
___ The Legal Access Program will not allow scanning/transmission of documents which have any substance on them (such as dirt, food, coffee, hair, bodily secretions, glue, tape, toothpaste, etc.
___ Documents containing UCC/Sovereign citizen statements or signatures will not be allowed to be scanned/transmitted.
___ You may bring your request into compliance and resubmit.
Other _____

METER END: _____    MINUS (-) METER BEGIN: _____    EQUALS (=) TOTAL ADMIN COPIES: _____