IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02030-PAB-MDB

JEREMY FISHER,

    Plaintiff,

v.

MOSES ANDRE STANCIL, CDOC, *et al.*,

    Defendants.

**NOTICE OF AUTOMATIC SUBSTITUTION OF PARTY UNDER FED. R. CIV. P. 25(d)**

PLEASE TAKE NOTICE that, effective immediately, CDOC Chief of Behavioral Health is Jason Guidry, succeeding Kimberly Kline, who has resigned. Under Federal Rule of Civil Procedure 25(d), therefore, Jason Guidry is automatically substituted for Defendant Kline in this matter, in his official capacity as CDOC Chief of Behavioral Health[1].

Respectfully submitted this 27th day of March, 2025.

    PHILIP J. WEISER
    Attorney General

    s/ *Amy E. Adams*
    AMY E. ADAMS*
    KRISTIN K. LINDEMANN*
    ANN STANTON*
    Assistant Attorneys General
    Attorneys for the Defendants

---

[1] The Court's docket lists "Kimberly Kline, Chairperson of SOMB". However, the Fourth Amended Complaint, ECF No. 78, the operative complaint in this matter, names "Kimberly Kline, CDOC Chief of Behavioral Health". The case caption should be changed to reflect "Jason Guidry, CDOC Chief of Behavioral Health" in place of "Kimberly Kline, Chairperson of SOMB".

1300 Broadway, Tenth Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail:  amy.adams@coag.gov;
           kristin.lindemann@coag.gov
           ann.stanton@coag.gov
*Counsel of Record
Attorneys for Defendants


# CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing **NOTICE OF AUTOMATIC SUBSTITUTION OF PARTY UNDER FED. R. CIV. P. 25(d)** upon all parties herein by depositing same in the United States mail, postage prepaid, at Denver, Colorado, on March 27, 2025, addressed as follows:

Jeremy Fisher #164296                         *Courtesy copy e-mailed to:*
Fremont Correctional Facility                 Anthony DeCesaro, CDOC
PO Box 999
Canon City, CO 81215
*Plaintiff pro se*

                                              *s/ Jennifer Kaercher*