IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02030-PAB-MDB

JEREMY FISHER,

    Plaintiff,

v.

MOSES ANDRE STANCIL, CDOC, *et al.*,

    Defendants.

---

**DEFENDANTS' MOTION TO CONDUCT DEPOSITION OF INCARCERATED
INMATE PLAINTIFF PURSUANT TO FED. R. CIV. P. 30(a)(2)(B)**

---

    Defendants Moses 'Andre' Stancil, Lacy Monday, Leonard Woodson III, Amanda Retting, and Jason Guidry, through the Colorado Attorney General, and pursuant to Fed. R. Civ. P. 30(a)(2)(B), respectfully submit this Motion to Conduct Deposition of Incarcerated Inmate Plaintiff pursuant to Fed. R. Civ. P. 30(a)(2)(B), and as grounds therefor state as follows:

    1.    **Certificate of Conferral:** Pursuant to Local Rule 7.1, Defendants have not conferred with Plaintiff regarding the relief requested in this motion, as he is an unpresented prisoner.

    2.    Pursuant to Fed. R. Civ. P. 30(a)(2)(B), an Order from this Court is required for Defendants to conduct the deposition of Plaintiff, who is incarcerated by the Colorado Department of Corrections. Plaintiff is located at the Fremont Correctional Facility, PO Box 999, Canon City, CO 81215.

    3.    Defendants respectfully request this Court issue an Order allowing Defendants to depose Plaintiff at his current correctional facility or any subsequent correctional facility where

1

he may be moved after this Court's entry of an Order. Counsel for Defendants will work with the appropriate officials at the affected correctional facility to schedule the deposition.

4. The Discovery cut-off date in this case is May 20, 2025.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request this Court issue an Order allowing Defendants to depose Plaintiff pursuant to F.R.C.P. 30(a)(2)(B), and for all other and further relief as this Court deems just and appropriate.

Respectfully submitted this 9th day of April, 2025.

PHILIP J. WEISER
Attorney General

*s/ Amy E. Adams*
AMY E. ADAMS*
KRISTIN K. LINDEMANN*
Assistant Attorneys General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
E-Mail: Amy.Adams@coag.gov
           Kristin.Lindemann@coag.gov
*Counsel of Record
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I have served **DEFENDANTS' MOTION TO CONDUCT DEPOSITION OF INCARCERATED INMATE PLAINTIFF PURSUANT TO FED. R. CIV. P. 30(a)(2)(B)** upon all parties herein by e-filing with the CM/ECF system maintained by the court on April 9, 2025, or by depositing same in the United States mail, postage prepaid, at Denver, Colorado, on April 9, 2025, addressed as follows:

Jeremy Fisher, #164296
Fremont Correctional Facility
PO Box 999
Canon City, CO 81215-0999
*Plaintiff Pro Se*

*Courtesy copy e-mailed to client representative:*
Anthony DeCesaro, CDOC

*s/ Jennifer Kaercher*