EXHIBIT
A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02030-PAB-MDB

JEREMY FISHER

      Plaintiff,

v.

MOSES "ANDRE" STANCIL, CDOC EXECUTIVE DIRECTOR
LACY MONDAY, CDOC DIRECTOR OF CLINICAL SERVICES
AMANDA RETTING, CDOC ADMINISTRATOR OF SOTMP, AND
KIMBERLY KLINE, CDOC CHIEF OF BEHAVIORAL HEALTH,

      Defendants.

---

## DECLARATION OF AMANDA RETTING

I, Amanda Retting, do declare under penalty of perjury, as follows:

1.      I am over the age of 18 years. This declaration is made upon my personal knowledge.

2.      I am currently employed with the Colorado Department of Corrections ("CDOC") as the Sex Offender Treatment and Monitoring Program ("SOTMP") Program Administrator. I have been employed in this position since January 1, 2023.

3.      As part of my job responsibilities, I assess the treatment needs of the CDOC sex-offender population and allocate resources to meet the needs as efficiently as possible, provide oversight over the Global Referral List ("GRL") to ensure the prioritization of inmates awaiting sex-offender treatment is correct, and review treatment files of inmates in sex-offender treatment.

4.      I am familiar with the CDOC's Administrative Regulation (AR) 700-19 concerning the SOTMP (attached hereto as **Attachment 1**).

1

5.      Under CDOC policy, inmate with a judicial determination of a sex crime who are within four years of their parole eligibility date and eligible for treatment are placed on the GRL and prioritized for sex-offense-specific treatment based upon: (a) parole eligibility date, (b) risk for sexual recidivism, (c) prior SOTMP treatment opportunities, and (d) institutional behavior. *See* Attachment 1, AR 700-19(IV)(F)(1) (p. 4).

6.      I am familiar with the Plaintiff in this matter. Specifically, I am aware that Jeremy Fisher is an inmate with a judicial determination of a sex crime, and that he has been coded as a "5R" since January 2022, indicating his eligibility for participation in SOTMP and readiness to commence treatment as soon as a treatment spot appropriate for his risk level became available.

7.      Fisher was placed on the GRL in January 2022 and steadily moved up the list as other inmates, who were prioritized ahead of him for treatment based upon the factors listed in AR 700-19(IV)(F)(1), entered into and progressed in treatment.

8.      I am aware that Fisher's risk level is currently assessed as "average risk," and as a result he has been slotted for Track II treatment.

9.      In my review of the GRL and Fisher's files, I found that, as of April 30, 2025, Fisher reached the top of the GRL; he was transferred to Arkansas Valley Correctional Facility to be assigned to the next available space in a Track II treatment group; he enrolled in SOTMP; and he began treatment on April 30, 2025. A copy of Fisher's SOTMP Treatment Contract, signed and dated 4/30/25 is attached hereto as **Attachment 2**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

Signed on May 6, 2025.

/s/   *Amanda Retting*

AMANDA RETTING
Program Administrator, Sex Offender Treatment and
Monitoring Program

| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| | 700-19 | 1 OF 12 |
| | CHAPTER: Offender Health Services | |
| COLORADO DEPARTMENT OF CORRECTIONS | SUBJECT: Sex Offender Treatment and Monitoring Program | |
| RELATED STANDARDS: NCCHC Standards: None | EFFECTIVE DATE: May 1, 2024 | |
| | SUPERSESSION: 07/01/22 | |
| OPR: DCCS/DAP REVIEW MONTH: MAY | Moses (André) Stancil Executive Director | |

**ATTACHMENT 1 to Declaration of Amanda Retting**

I. POLICY

It is the policy of the Colorado Department of Corrections (DOC) to provide specialized sex offense specific treatment to identified offenders to reduce recidivism and enhance public safety by providing a continuum of identification, treatment, and monitoring services throughout incarceration.

II. PURPOSE

This administrative regulation (AR) establishes the general scope and limits of offenders with a sex offense treatment services provided to DOC offenders.

III. DEFINITIONS

A. Cognitive Behavioral Therapy: Therapy that addresses the offender's thoughts as a basis for changing feelings and behavior. New pro-social behavior patterns and problem-solving skills are also developed.

B. Continuity of Care: Clinical process of the transfer of care of an offender from the primary treatment responsibility of one provider and/or multi-disciplinary team to another. Direct communication between providers and transmission of documentation of symptoms, risk issues, and treatment recommendations is included.

C. Sex Offender: An offender who has received judicial determination by conviction, adjudication, deferred judgment and sentence, per CRS 16-11.7-102, judicial finding of sexual factual basis, or requirement to register as a sex offender, per C.R.S. 16-22-103. An offender classified in this manner, is not entitled to a sexual violence needs classification review and has a sexual violence needs code of S5.

IV. PROCEDURES

A. The Denver Reception and Diagnostic Center (DRDC) programmers and the Sex Offender Treatment and Monitoring Program (SOTMP) Intake Unit may gather and review relevant documents and classify offenders according to the sexual violence needs classification procedures.

B. Offenders who have a judicial determination of a sex offense and are classified as a S5 may be subject to recommendation for sex offense specific treatment.

1. S5–Judicial Determination of Sex Offense: Classification for an offender who received a judicial determination of sex offense by conviction, adjudication, deferred judgment or a judicial finding of underlying sexual factual basis, per Colorado Revised Statutes C.R.S. 16-11.7-102.

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 05/01/24 |

2. Offenders identified with an S5 designation who refuse SOTMP group placement shall sign the appropriate refusal and/or withdrawal form; SOTMP clinicians will note the offender's unwillingness to sign and have the form witnessed by another employee and/or contract worker.

C. The following treatment qualifiers further identify SOTMP recommendations in sexual violence treatment needs classification:

1. **R – Ready:** The offender currently meets the SOTMP participation requirements.

2. **P** – **Pending:** The offender meets the SOTMP participation requirements and is compliant but has previously been terminated, dropped out of treatment, or refused SOTMP group placement. Offenders will be coded '**R-Ready**' when they have satisfactorily participated in SOTMP treatment for 30 days.

3. **D** – **Does Not Meet Criteria:** The offender does not meet the SOTMP participation requirements. Follow-up with the offender will occur annually verifying eligibility for SOTMP participation.

   a. Offender does not respond or complete necessary paperwork regarding SOTMP return to treatment paperwork within the designated timeframe.

4. **I – Ineligible:** The offender has more than four years to their parole eligibility date (PED) and is not yet eligible for SOTMP. This includes life with no parole sentences.

5. **E – Evaluation:** More clinical information is required to assess the offender's risk to public safety prior to a decision regarding the needs and recommendations.

6. **T** – **Temporary:** The offender is being evaluated for possible classification review and cannot be recommended for sex offense specific treatment without due process afforded in AR 600-10, *Sexual Violence Needs Classification.*

7. **X – Excluded**: The offender has had a classification review that did not result in a sex offense classification; has had a judicial determination of "no sexual factual basis" or was acquitted of sexual abuse. Treatment will not be recommended unless there are facts from a separate allegation that may warrant a change in the sexual violence needs classification.

8. **L - Low Resource Priority:** The offender may have an administrative, judicial, or institutional determination of a sex offense, but are a low resource priority for SOTMP services at the current time and will not be placed on the Global Referral List (GRL). Offenders with unadjudicated sex abuse allegations may also be low resource priority for classification review. These offenders may have their priority reassessed at any time during incarceration, community, or parole.

9. **M- Medical/Mental Health**: The offender is compliant with the SOTMP team recommendations, however, is unable to participate in sex offender treatment due to an existing and verified medical/mental health condition. This qualifier will be added after a medical and/or mental health assessment is completed by a health care provider and/or a mental health clinician in consultation with the SOTMP administrator or designee.

10. **F – Future:** The offender has a sexual behavior criminal case awaiting judicial determination.

11. **N - Inactive:** The offender has engaged in treatment and has successfully completed SOTMP by meeting the criteria set forth in C.R.S. 18-1.3.1009. The offender is still eligible for earned time subject to sex offender restrictions.

12. **J - Juvenile**: Juvenile adjudication of a sexual offense.

13. **JL - Juvenile Low Resource**: Juvenile adjudication of a sexual offense with supporting documentation indicating

| CHAPTER | SUBJECT | AR # | Page 3 |
|---------|---------|------|--------|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 05/01/24 |

the offender is not recommended for sex offense specific treatment, no longer required to register, or other treatment is warranted instead of participation in sex offense specific treatment.

14. **A – Advanced Risk Management (ARMs) Program**:  The offender has returned to DOC after successful participation in offense specific treatment and would benefit from this program. This will differentiate them on the GRL and make them easily identifiable.

D. <u>SOTMP Intake Unit Screening</u>: Upon admission to DOC, offenders with the following: a sex offense conviction, adjudication, sexual factual basis determination or allegation (to include pending cases) will be processed in the following manner:

1. DRDC programmers will initially establish a sexual violence needs code on all offenders.  The codes may be re-evaluated by the SOTMP team.

2. DRDC programmers may consult the SOTMP Intake Unit for clarification and final determination.

3. The SOTMP Intake Unit will review relevant documents and request additional documents if necessary (e.g., law enforcement reports, court transcripts, and mental health evaluations/ reports) and determine if the offender will be recommended for sex offender treatment or, if necessary, refer the case for a team staffing with the SOTMP team.

4. The SOTMP Intake Unit will identify offenders who have previously completed offense specific treatment and have returned to prison for possible admission into the ARMS program.

E. <u>Recommendations for Treatment</u>: The following guidelines will be used in the recommendation of sex offense specific treatment for offenders in prison.  Exceptions to these guidelines may be made on a case-by-case basis and approved by the SOTMP program administrator.   Any approved exceptions will have proper documentation outlining the reasons for the exception.

1. Offenders classified as a S5, except those with a J, JL, and/or L qualifier, will be recommended for sex offense specific treatment during their incarceration.

2. Offenders classified as a S2 through S4 will not be recommended for treatment and changed to an S1 with corresponding qualifiers as necessary (1F, 1X).

3. To determine if an offender is a low resource priority (L qualifier) and is not actively recommended for sex offense specific treatment in DOC, the SOTMP team may evaluate factors that indicate continuing or diminished risk.

4. Unless continuing risk factors exist, offenders may be considered a low priority for treatment in DOC if they have a single sexual abuse allegation or a conviction that occurred more than ten years from the most recent admit date and have had five continuous unsupervised years in the community without any type of arrest.  The SOTMP team will use clinical judgment when assessing risk indicators and protective factors.  Some of the risk factors that may be considered include, but are not limited to the following:

   a. A prior sex offense conviction or a pattern of sexual abuse allegations;

   b. A history of further interpersonal violence demonstrating a continuing cycle of abuse;

   c. Sexual abuse that was particularly violent, traumatic, or contains other significant factors.

5. Offenders who self-report a need for sex offense specific treatment, without any known history of sex offense behavior, will be notified of the consequences of self-reporting a sex offense and will be required to write out and sign a description of the sexual abuse.

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 05/01/24 |

6. Offender treatment and supervision recommendations as well as priority, may be reassessed while the offender is on parole (determinate on tiers) based upon increased need for public safety.

7. Offenders who are recommended for SOTMP, but are currently waiting to participate, may request psycho-educational material for preparation in SOTMP. This material is not a pre-requisite for admission into treatment.

    a. Offenders will send a kite to any SOTMP employee to request the material.

    b. Offenders will be required to sign a waiver indicating they are requesting the materials and they will complete them voluntarily.

    c. Completed material will not count towards successful completion in SOTMP nor will it change the offender's placement on the GRL.

8. Transgender females will be evaluated for treatment on a case-by-case basis.

F. <u>Treatment Participation Requirements and Prioritization</u>: Sex offender treatment is cognitive-behavioral based therapy and adheres to the risk, needs, responsivity model of treatment. The SOTMP has established participation requirements and offenders who are recommended for sex offense specific treatment will be assessed by the SOTMP team to determine if they currently meet treatment participation requirements. This information may be used to assist in facility placement decisions.

1. Offenders with a judicial adjudication of a sex crime that are within four years of their parole eligibility date are prioritized for sex offense specific treatment based upon, but not limited to, the following:

    a. Parole eligibility date;

    b. Risk for sexual recidivism;

    c. Prior SOTMP treatment opportunities;

    d. Institutional behavior;

    e. Ancillary treatment needs e.g. mental health, substance use disorder treatment.

G. <u>Sex Offense Assessment of Risk, Need, and Responsivity</u>: The SOTMP team continually assesses individual treatment needs to determine appropriate treatment recommendations and individualized treatment goals.

1. SOTMP will utilize sex offense specific evaluations and/or updates which include, but not limited to, the following:

    a. Clinical interviews;

    b. Collateral information;

    c. Psychological testing;

    d. Cognitive Testing

    e. Sexual interest testing;

    f. Polygraph testing to identify treatment needs;

| CHAPTER | SUBJECT | AR # | Page 5 |
|---------|---------|------|--------|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 05/01/24 |

g.   Individualized treatment recommendations and plans.

H.   <u>Sex Offender Treatment Tracks</u>:   The SOTMP provides comprehensive assessment, evaluation, treatment, and monitoring services to sexual offenders who are motivated to eliminate sexual abuse behaviors.  The SOTMP is responsible for assessing the offender's individual level of risk and treatment needs to determine the appropriate level of treatment.  The SOTMP offers the following:

1.   <u>Track I</u>:  A cognitive behavioral therapeutic group for very low to below average risk for sexual recidivism and treatment needs that addresses criminogenic factors associated with sexual offending behaviors.  All offenders in this level of treatment will have the opportunity to meet all five of the Sex Offender Management Board (SOMB) criteria that indicate positive progression in treatment.

    a.   The goals include, but are not limited to, the following:

        1)   The offender identifies factors that contribute to their sexually abusive behavior;

        2)   The offender applies and incorporates the material learned in treatment into their lifestyle;

        3)   The offender demonstrates a willingness to utilize the treatment program to make changes to prevent further sex offense behavior through participation in the treatment group and behavior in the institution;

        4)   Further evaluation of the offender's treatment needs and dynamic risk level;

        5)   The offender identifies their high-risk factors and methods for intervention in the management of high-risk factors. They will have an opportunity to meet the lifetime supervision treatment progress criteria;

        6)   The offender demonstrates management of identified risk factors.

2.   <u>Track II</u>: A cognitive behavioral therapeutic group for average risk for sexual recidivism and treatment needs that addresses criminogenic factors associated with sexual offending behaviors.  All offenders in this level of treatment will have the opportunity to meet all six of the SOMB criteria that indicate positive progression in treatment.

    a.   The goals include, but are not limited to, the following:

        1)   The offender identifies factors that contribute to their sexually abusive behavior;

        2)   The offender applies and incorporates the material learned in treatment into their lifestyle;

        3)   The offender demonstrates a willingness to utilize the treatment program to make changes to prevent further sex offense behavior through participation in the treatment group and behavior in the institution;

        4)   Further evaluation of the offender's treatment needs and dynamic risk level;

        5)   The offender identifies their offense cycle and methods for intervention in the cycle.  They will have an opportunity to meet the lifetime supervision treatment progress criteria;

        6)   The offender demonstrates management of identified risk factors.

3.   <u>Track III</u>: Offenders who have been assessed as above average to well above average risk for sexual recidivism and have more intensive treatment needs will be recommended for participation in Track III when clinically indicated. Track III provides cognitive behavioral treatment that addresses criminogenic factors correlated with sexual

| CHAPTER | SUBJECT | AR # | Page 6 |
|---------|---------|------|--------|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 05/01/24 |

recidivism and focuses on changing distorted thinking patterns, behaviors, and assists offenders in developing effective relapse prevention plans (i.e. risk management plans). All offenders in this level of treatment will have the opportunity to meet all eight of the SOMB criteria that indicate positive progression in treatment.

    a. The goals include, but are not limited to:

        1) The offender receives further evaluation and collaborates with the treatment team to develop treatment plan goals that mitigate individual risk factors;

        2) The offender applies and incorporates the material learned in treatment into their lifestyle;

        3) The offender identifies distorted thinking patterns and develops healthy alternatives;

        4) The offender demonstrates a commitment to behave as a pro-social, responsible member of the community;

        5) The offender realizes the importance of developing a balanced lifestyle and monitoring their thoughts and behaviors for the rest of their life;

        6) The offender identifies their specific high-risk factors and methods for intervention in the cycle;

        7) The offender realizes the importance of sharing their offense cycle and methods of intervention;

        8) The offender practices and incorporates a model for solving problems;

4. <u>ARMs Program</u>: For those offenders who have returned to DOC and are determined to benefit from the ARMs program or have completed/participated in sex offense specific treatment will be assessed for appropriateness in the program. The ARMS program focuses on the offenders' risk related behaviors that led them back to incarceration.

    a. The goals include, but are not limited to:

        1) The offender receives further evaluation and collaborates with the treatment team to develop treatment plan goals that mitigate individual risk factors;

        2) The offender applies and incorporates the material learned in treatment into their lifestyle;

        3) The offender identifies distorted thinking patterns and develops healthy alternatives;

        4) The offender demonstrates a commitment to behave as a pro-social, responsible member of the community;

        5) The offender realizes the importance of developing a balanced lifestyle and monitoring their thoughts and behaviors for the rest of their life;

        6) The offender identifies their specific high-risk factors and methods for intervention in the cycle;

        7) The offender updates their prosocial living plan or previous versions of a relapse prevention plan to reflect the new changes identified through the ARMs curriculum.

        8) The offender practices and incorporates a model for solving problems.

5. SOTMP offers specialized services to the following offenders with a sex offense:

    a. Female offenders; identified transgender offenders;

| CHAPTER | SUBJECT | AR # | Page 7 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 05/01/24 |

    b.   Youthful offenders;

    c.   Offenders for whom English in their non-primary language;

    d.   Offenders with medical restrictions, hearing impairments, intellectual and developmental needs, and chronic mental illness.

    e.   Additional specialized services may be offered based on individual need.

I.   <u>SOTMP Recommendation for Progression to Community</u>:  Sex offender treatment in the prison setting is preliminary and is continued in the community after release from prison.  Since offenders cannot complete treatment in a facility, the SOTMP has developed criteria for offenders to receive a recommendation for release to parole. In accordance with the Risk, Need, Responsivity Model, the SOTMP has developed risk-based criteria formats. Offenders with a sex offense participating in the SOTMP must meet all of the following criteria to receive a recommendation for release to parole from the SOTMP team. SOTMP, as a result of team staffing, will provide documentation regarding progression to community based on the offender's behavior, successful progress in treatment, and SOMB standards.

1.   Low Risk Categories.

    a.   Participates and actively engages in recommended level of sex offense specific treatment as evidenced by participation in treatment.

    b.   Has engaged in acceptance of responsibility for offending and abusive behavior as evidenced by a disclosure of their offense related sexual history relevant to identified risk areas. This will be verified through either the sexual history polygraph process or other clinical indicators in accordance with SOMB standards.

    c.   Has identified thoughts, feelings, and behaviors that contributed to the offending behavior through the creation of an approved cycle/behavior chain.

    d.   Demonstrates management of identified risk areas as verified by clinical indicators in accordance with SOMB standards.

    e.   Is compliant with or does not require any DOC psychiatric recommendations for medication which may enhance their ability to benefit from sex offense-specific treatment.

2.   Moderate Risk Categories.

    a.   Participates and actively engages in recommended level of sex-offense specific treatment as evidenced by participation in treatment.

    b.   Has engaged in acceptance of responsibility for offending and abusive behavior as evidenced by a disclosure of their offense related sexual history relevant to identified risk areas.   This will be verified through either the sexual history polygraph process or other clinical indicators in accordance with SOMB standards.

    c.   Has identified thoughts, feeling, and behaviors that contributed to the offending behavior through the creation of an approved cycle/behavior chain.

    d.   Demonstrates management of identified risk areas as verified by clinical indicators in accordance with SOMB standards.

    e.   Is compliant with or does not require any DOC psychiatric recommendations for medication which may enhance

| CHAPTER | SUBJECT | AR # | Page 8 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 05/01/24 |

their ability to benefit from sex offense-specific treatment.

   f.   Has completed a comprehensive, written plan to manage ongoing risk areas and treatment needs. The plan must be approved by the SOTMP team.

3.   High Risk Categories.

   a.   Participates and actively engages in recommended level of sex offense specific treatment as evidenced by participation in treatment.

   b.   Has engaged in acceptance of responsibility for offending and abusive behavior as evidenced by a disclosure of their offense related sexual history relevant to identified risk areas. This will be verified through either the sexual history polygraph process or other clinical indicators in accordance with SOMB standards.

   c.   Has identified thoughts, feelings, and behaviors that contributed to the offending behavior through the creation of an approved cycle/behavior chain.

   d.   Has completed a comprehensive, written plan to manage ongoing risk areas and treatment needs. The plan must be approved by the SOTMP team.

   e.   Has an approved support person or system who has participated in SOTMP Family Support Education. The support person/system will receive an approved copy of the offender's written plan to manage on-going risk areas and treatment needs through their participation in an SOTMP therapist facilitated disclosure session.

   f.   Demonstrates management of identified risk areas as verified by clinical indicators in accordance with SOMB standards.

   g.   Is compliant with or does not require any DOC psychiatric recommendations for medication which may enhance their ability to benefit from sex offense specific treatment.

   h.   Does not display an elevation in any risk area that would present an undue risk to the community.

4.   Continuing Care and Treatment Discharge Recommendations.

   a.   Offenders who have successfully progressed in SOTMP and met the criteria listed this AR, followed by a maintenance period, may be eligible for successful discharge from SOTMP.

   b.   Offenders who are eligible for successful discharge will be staffed with the SOTMP management team and referred back to the general population or other behavioral health programs as deemed appropriate. The offender's treatment qualifier will be changed to "N" to reflect the changes.

   c.   The SOTMP clinician will complete a discharge summary and a parole board summary. Both documents will be uploaded into the electronic health record (EHR).

   d.   Offenders will have the opportunity to voluntarily participate in ongoing education and monitoring offered by SOTMP, if applicable.

   e.   The SOTMP team will meet with previous SOTMP offenders on an individual basis prior to their parole board hearing to ensure their treatment records are current in the EHR, as appropriate.

J.   <u>Management of Offenders with an Identified Sex Offense on Parole</u>

| CHAPTER | SUBJECT | AR # | Page 9 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 05/01/24 |

1. In accordance with AR 250-48, *Management of Offenders with an Identified Sex Offense*, SOTMP will provide continuity of care information for SOTMP offenders. The community liaison or SOTMP therapist will provide a continuity of care packet that will include a summary of treatment, STATIC risk range, dynamic risk range, and combined risk category.

2. The community liaison will facilitate a continuity of care meeting as outlined in 250-48, *Management of Offenders with an Identified Sex Offense* for SOTMP participants. Facilitation of an in-reach meeting with community treatment providers and a representative from parole is encouraged when possible.

K. Probation, Suspension, and Termination from Treatment

   1. Offenders may be placed on a treatment probation contract if they are not adequately progressing in treatment or are not meeting program expectations. The intent of treatment probation is to provide the offender with increased therapeutic opportunities, time frames, and requirements to meet program expectations. Offenders who do not successfully meet the conditions of the treatment probation contract may be suspended from group and recommended for termination.

   2. Serious violations of the treatment contract may result directly in suspension from group without a period of probation.

   3. Offender termination from SOTMP will be done in accordance with AR 700-32, *Sex Offender Review of Termination from Treatment.*

   4. Offenders who voluntarily withdraw from treatment will submit a signed resignation letter or other written statement regarding their refusal to participate in treatment.

   5. An offender who withdraws or is terminated from treatment for non-compliance may re-apply for treatment at any time through the SOTMP Return to Treatment Committee.

   6. Offenders will be asked to complete an assignment, or attend a virtual meeting with the committee if applicable that addresses their treatment termination or refusal as part of the consideration for re-admission. The timeframe to complete assignments and provides to the return to treatment committee is six months unless otherwise specified by the SOTMP return to treatment committee.

   7. Case management will email completed assignments to the committee at doc_sotmp_rtc@state.co.us.

   8. All offenders must also meet the minimum requirements to be placed on the referral list outlined in section IV.G.1.

L. Clinical Training Program: The SOTMP clinical trainer will provide on-going training, mentoring, coaching, and support for Clinical Services employees. In order to enhance multi-disciplinary effectiveness and to facilitate continuity of care, training in the various areas of sex offender dynamics will be provided for correctional employees.

M. SOTMP Support Education Program.

   1. The Support Education Program is designed to help the offender's support person(s) become positive, informed support in an effort to assist the offender to be successful in treatment and in community transition. Research has established that offenders with a sex offense are more successful in the community when they have positive, informed support from individuals that have the following:

      a. Accurate knowledge of the offender's crime of conviction, history of prior criminal convictions, sexual offense history, and risk related behaviors;

| CHAPTER | SUBJECT | AR # | Page 10 |
|---------|---------|------|---------|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 05/01/24 |

    b. Accurate knowledge of rules and expectations as provided by the treatment provider and the parole officer;

    c. Awareness of the offender's potential victims;

    d. Awareness of the cycle, offense patterns, and early abuse signs;

    e. Familiarity with the offender's schedule and whereabouts;

    f. The ability to enhance and encourage application of the offender's treatment tools outside of the therapy setting;

    g. A working relationship with the treatment provider and the parole officer;

    h. The ability to acknowledge the seriousness of the offending behavior;

    i. The ability, skills, and tools to hold the offender accountable early in the onset of risky behaviors;

    j. Willingness to report non-compliance to the supervisory team.

2. The SOTMP Support Education Program is designed to facilitate positive, informed support as described above as well as:

    a. Assist the support person(s) to identify high risk behaviors and attitudes and intervene before re-offense;

    b. Assist the support person(s) to understand and reinforce the offender's participation and progress in treatment;

    c. Prepare the support person(s) for the sex offense specific therapist facilitated disclosure meeting in which the offenders with a sex offense discloses their sexual offense history, risk related behavior, sex offense cycle, risk factors, pro-social living plan, and safety plan, particularly as they apply to each support person(s);

    d. Prepare and encourage the support person(s) to develop a cooperative working relationship with the treatment providers and community supervision team;

3. The following factors will be considered by the SOTMP team when determining whether a potential support person(s) will be approved:

    a. They are not currently under the jurisdiction of any court or criminal justice agency for a matter that the SOTMP team determines could impact their capacity to safely serve as an approved support person(s);

    b. If they are currently under the jurisdiction of any court or criminal justice agency, they must be compliant with their supervision agreements and support the goals of supervision and treatment. Information requested by the SOTMP team will be provided so that the team may assess the current impact on their capacity to serve as an approved support person(s);

    c. They have agreed to undergo a criminal history background check;

    d. They have no significant cognitive or intellectual impairment;

    e. They are not currently using illegal substances or have unmanaged mental health concerns;

    f. They have no significant health limitations that interferes with the ability to support the offender;

    g. They have adequately resolved any issues regarding a personal history of victimization;

| CHAPTER | SUBJECT | AR # | Page 11 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 05/01/24 |

h.  They have no history of the sex offender perpetrating domestic violence or any other form of victimization against them unless otherwise approved by the SOTMP management team;

i.  They have not perpetrated domestic violence or any other form of victimization against the offender unless otherwise approved by the SOTMP management team;

j.  They are supportive of the offender's treatment plan and the community supervision team;

k.  They are willing to maintain open communication with the treatment providers and parole officers and report offender behavior;

l.  They are willing to maintain the goal of "no more victims" and community safety;

m.  They do not participate in victim blaming;

n.  They are 21 years old or older.

4.  Additional factors that will be considered include, but are not limited to:

a.  Participation in the Support Education Program;

b.  The ability to support the offender's change efforts;

c.  The ability to acknowledge the seriousness of the offending behavior;

d.  The ability to hold the offender accountable;

e.  The ability to support the treatment and supervision rules and requirements;

f.  The ability to remain positive while participating in the therapist facilitated disclosure meeting while receiving and reviewing the offender's risk management plan.

5.  Support person approvals are consistently reviewed by the community supervision team and are subject to change if new information arises.

6.  An approved support person(s) will not support more than one offender with a sex offense at a time unless it has been approved by the SOTMP management team.

N.  Continuous Quality Improvement:  The SOTMP will work with the SOTMP Quality Management Program Coordinator to identify areas for improvement, develop action plans for improvement of the identified areas, and implement those action plans.

V.  RESPONSIBILITY

A.  The Director of Clinical Services and chief of behavioral health services will review this AR annually and update as necessary.

VI.  AUTHORITY

| CHAPTER | SUBJECT | AR # | Page 12 |
|---------|---------|------|---------|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 05/01/24 |

A.  C.R.S  16-11.7 through 107 ARTICLE 11.7 Standardized Treatment Program For Sex Offenders.
B.  C.R.S.  18-1.3-1001 through 18-1.3-1010.  Sentencing in Criminal Cases.
C.  C.R.S. 16-22-101 through 16-22-115.  Colorado Sex Offender Registration Act.
D.  Colorado Department of Public Safety, Division of Criminal Justice, Office of Domestic Violence & Sex Offender Management, Standards and Guidelines for the Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders.
E.  dcj.colorado.gov/boards-commissions/sex-offender-management-board

VII.  <u>HISTORY</u>

July 1, 2022
December 1, 2019
October 1, 2018
July 1, 2018
April 15, 2017
March 15, 2017
June 15, 2016
April 1, 2014
April 1, 2011
April 1, 2010
April 1, 2009
November 1, 2008
November 1, 2007
November 1, 2006
November 1, 2005


ATTACHMENTS:

A.  AR Form 100-01A, Administrative Regulation Implementation/Adjustments

ADMINISTRATIVE REGULATION
IMPLEMENTATION/ADJUSTMENTS

AR Form 100-01A (04/15/08)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | 05/01/24 |

(FACILITY/WORK UNIT NAME)_____    _____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN   [ ] NOT APPLICABLE   [ ] WITH THE FOLLOWING PROCEDURES TO ACCOMPLISH THE INTENT
OF THE AR

(SIGNED) _____    (DATE) _____
             Administrative Head

Attachment A
Page 1 of 1

**ATTACHMENT 2**

**to**

**Declaration of Amanda Retting**

# SEX OFFENDER TREATMENT AND MONITORING PROGRAM

## SOTMP TREATMENT CONTRACT
## Track II

### I. Introduction

1. The SOTMP strives to provide the most evidence based and up to date treatment methods possible to all our clients. Our credentialed providers follow the SOMB standards and guidelines that drive our practice in our work with you. Our program follows the Risk, Needs, Responsivity model in treatment. This means that each person will be provided appropriate assessments and a treatment approach that is tailored to your unique needs.

### II. Treatment Expectations and Overview

2. I understand the SOTMP is highly structured and challenging. I also understand that the therapeutic techniques of group therapy, skill building and positive peer culture may be employed as approaches to help me solve my cognitive and behavioral problem areas. I understand that I will be expected to participate in all parts of the program. In addition to clinical staff, the SOTMP treatment team may include relevant work supervisors, instructors and correctional staff. Information may be shared with relevant DOC staff without additional written consent.

A. Since my family or support system will be important in my treatment process, I will be expected to inform them of treatment needs and risk and include them in my disclosure process. My primary therapist will be involved with this process and the treatment team will approve members of my support team and their role in my treatment. I will be expected to share identified treatment assignments with my parole officer, family (support system), and/or community corrections center. I will be expected to invite family and/or community support persons to support education meetings. If I do not have a support person in the community, I will work with my primary therapist to identify, at a minimum, one individual as potential support, who if approved, can provide support to assist me in managing my identified risk areas upon release.

B. I will be required to take psychological or other tests, which may include but are not limited to: drug and alcohol screening, tests assessing sexual interest or arousal, risk assessments, personality/cognitive assessments, and polygraph examinations.

C.  I understand that in order to meet criteria for successful progress in treatment I will be required to complete a disclosure of my offense related sexual history relevant to identified risk areas as verified through either the sexual history polygraph process or other clinical indicators.

D.  I understand that while I have the right to refuse to answer polygraph questions that could result in self-incrimination, the SOMB Standards explain that sex offense specific treatment for sex offenders shall: Require offenders to disclose all current sex offending behaviors and complete a full sex history disclosure. If it is verified that I have engaged in purposeful acts of non-cooperation or using "counter measures" to manipulate the results of a polygraph examination it may result in a recommendation for suspension and termination from treatment.

E.  I understand that I am not allowed to possess material that would stimulate or reinforce criminal or offense related sexual behavior or fantasy, such as, but not limited to, pornography or sexually explicit materials at any time. I will ask for help in determining what material is healthy and unhealthy. I will report my successes and failures in this regard to my therapists.

F.   I am aware that my incoming/outgoing mail (with the exception of legal mail) may be opened and read and phone calls may be monitored.

G.  I understand that my willingness to discuss issues in group to include but not limited to: My behavior (in group, at work, etc.), information on my behavior from correctional records (PSIR, disciplinary reports, chronological notes, performance plans etc.), and homework and assignments will help the treatment team assess my participation and progress in the program and management of my risk factors.

H.  I will be held responsible for informing my primary therapist of all visits/visitors.

I.   I understand that while I am involved in the treatment program, participants are expected to treat one another with respect and maintain confidentiality. I understand that I am expected to provide respect to the other SOTMP participants. I understand that it is a direct violation of the treatment contract for me to discuss the identity of other participants or any other information relating to personal issues of those also involved in the program. I understand that this responsibility regarding confidentiality continues even after I leave the program.

3. I understand that I am expected to fully participate in the SOTMP. I will display a willingness to work towards assertive, non- aggressive, communication with others. I will talk about my own thoughts, feelings and experiences and will be willing to be questioned about them. I will respect other participant's rights to talk about their thoughts, feelings and experiences. I will not threaten or ridicule others, nor will I use sexual or racial slurs. I also understand that due to the sensitive nature of sexual issues, I have an obligation to be considerate of others in their presentation of sexual issues. I recognize that this is a difficult process and that, as a participant in the treatment process, I have an obligation to show respect and support for others. I also understand that I will be expected to:

A. Perform all work and treatment assignments given to me by the treatment program staff in a timely and satisfactory manner.

B. Attend all groups, sessions, lectures/seminars and program activities as recommended by treatment program staff.

C. Maintain conduct that is appropriate and positive, both within the treatment program complex and the institution at large (work, visiting room, hallways, yard, etc.).

D. Assist the treatment program staff to develop and update my individualized treatment plan, and follow that plan.

E. I will be expected to make my treatment in SOTMP a priority in my life. The treatment schedule is intensive, other education, personal projects and treatment programs may need to be postponed.

4. I understand that while participating in SOTMP, my behavior, attitude, motivation and clinical treatment needs are subject to continual assessment. Staff may determine that my continued participation in the treatment program is not appropriate.

A. I realize that if I withdraw, are suspended or terminated from this program, it will be documented in the working and departmental files, and the information will be made available to the parole board, parole officers and community corrections board(s).

B. I understand that I can be suspended or terminated from treatment based upon a recommendation by the SOTMP treatment team. Offenders may be terminated from the program due to contract violations, failure to progress in treatment, or failure to attend assigned program groups, sessions and activities. If the treatment team recommends suspension and termination, offenders will have the opportunity to present relevant information at a due process termination review before a final decision is made.

C. I understand that my failure to attend all assigned program groups, sessions, and activities (other than absences excused in advance by treatment staff) may result in my suspension and possible termination from the treatment program.

D. I understand that I can be suspended and possibly terminated from the program for violating any of the major contract rules. Breaking other Basic rules or other contract violations may also lead to my suspension and possible termination. Suspension and termination are more likely the longer that I wait to ask for help and disclose any contract violation. Participants are encouraged to report any lack of success as soon as possible in order to establish healthy help seeking habits. If you continue to struggle with problems or motivation for treatment, it is your responsibility to contact your primary therapist.

Don't wait until your problems become too difficult to handle or your participation in treatment gets worse. Your therapist can only help you with these issues if he/she knows your struggles.

E.  I understand a Class I COPD conviction will generally result in a recommendation for termination from treatment. Class II or III COPD conviction may also result in a recommendation for termination from treatment.

F.  I understand that if I am suspended from any component of the SOTMP I will be placed on suspension status. A team staffing will be scheduled to make a final recommendation regarding my program status.

G.  I will discuss issues regarding or impacting groups and/or group members that are discussed outside of group (whether between group members or between a group member and the therapists) in the next group session.

5.  If I wish to withdraw from the SOTMP, I will be expected to inform the staff in writing and discuss my decision with staff.

## III.  IN ADDITION, SOTMP PARTICIPANTS WILL BE EXPECTED TO COMPLY WITH THE FOLLOWING CONDITIONS:

1.  You will have no contact with any victims of your sexually abusive/violent behavior unless approved in advance and in writing by the Sex Offender Treatment and Monitoring Program (SOTMP) Team. Contact includes but is not limited to: physical, visual (including virtual visits), written, exchange of pictures and telephone contact. You also will not directly or indirectly encourage anyone else to have contact with any of your victims. If you wish to be considered for an exception, you must submit a written request to your primary therapist explaining the reasons you are requesting contact with your victim. You will not have contact with victim groups without the treatment teams' consent. Such a request will be approved only after obtaining the support of the SOTMP Treatment Team and the SOTMP Administrator.

2.  You will never use the last names of the victim(s) or anyone related to victims during any group discussions (victims are entitled to confidentiality).

3.  You will not have contact with children under the age of 18 unless otherwise approved by the treatment team. Unless there is a court or judicial order preventing you from having contact with your own children, you will participate in any recommended assessments to determine the level of contact approved by the SOTMP team. Therapists adhere to Sex Offender Management Board (SOMB) standards regarding sex offender contact with children.
*All pathways for contact with children are outlined in the SOMB standard 5.7.

Contact with a child includes, but is not limited to: Visitation in person or virtually with a child, written and telephone communication with a child, sending a personal photograph to a child or receiving a personal photograph from a child, or sending messages to a child through a third party.

If you are currently visiting or are having other contact with a child, you will need to report the contact immediately to your therapist for the review of the contact by the SOTMP team. Clients who have been granted contact with their own children while on previous community supervision (Probation/Parole) may be approved for continued contact by the SOTMP after a review of written records from the previous Community Supervision Team.

4. If you have committed a sexual offense against a minor and you are currently in a relationship or start a relationship with someone who has minor children you need to report this to your therapist immediately. You will need to develop a safety plan that must be approved by the SOTMP team.

5. You will not loiter near children in the visiting room or participate in volunteer activities that involve contact with children except under circumstances approved in advance and in writing by the SOTMP Team. Such exceptions will be approved only after obtaining the support of the SOTMP Treatment Team and the SOTMP Program Administrator or designee.

6. You will not possess, nor view, material that would stimulate or reinforce your criminal or risk related sexual behavior or fantasy, such as, but not limited to, pornography or sexually explicit materials at any time. You will not watch television shows that stimulate or reinforce criminal or offense sexual behavior or fantasy. This includes visual, auditory, telephonic, or electronic media, and computer programs or services that stimulate your risk related behavior or fantasy.

7. You will comply with other special individualized conditions related to your sexual risk factors as identified by the SOTMP Team. This may include restricting you from high-risk situations and limiting access to potential victims.

8. You will comply with any DOC or State requirements for DNA testing, registration, assessment for Sexually Violent Predator/Community Notification (per Colorado Revised Statute 18-3-414.5), and testing for and reporting of sexually transmitted infections including HIV.

9. You will not engage in inappropriate behaviors outside of group. This includes, but is not limited to: exposing yourself, sexual misconduct, sexual abuse, inappropriately touching yourself or others, telling sexual jokes, making cat calls or whistling at others, making sexual comments about others, writing romantic or love letters to staff, or placing personal ads seeking romantic relationships.

10. You will be compassionate and caring in your relationships with others. You will not be abusive nor excessively controlling towards members of your family, group members, therapists or others. You will not engage in acts of animal cruelty. You will not manipulate or attempt to intimidate people. You will not make threats to injure others. Any act of physical violence towards another generally will result in your suspension and termination.

11. If you are involved in, or in the past have been involved in, any type of mental health treatment by someone outside the Department of Corrections, you will sign a Release of Information so that we can openly communicate with that provider or agency.

12. You will inform your therapist of any significant events in your life such as deaths, parole plans, changes in relationships, marital status, DOC infractions, court actions, law enforcement, dependency and neglect petitions, compliance with medical treatment, etc.

13. You will comply with taking prescribed medications when it has been determined, after evaluation from a licensed provider, that medication may enhance your ability to benefit from treatment and/or reduce your risk of re-offense.

14. You will develop a plan to manage your risk which will be shared with your parole officer, approved community treatment provider, family (support system), or community corrections center or board. It will be shared with your support system through the SOTMP disclosure process.

15. It is important that you keep your identified support person/network and therapist informed of your parole plan. When possible, this discussion should occur 60 days prior to your parole hearing. If you will be discharging your sentence, you will discuss your discharge plan with your primary therapist 6 months prior to your discharge date.

16. The SOTMP believes that many SOTMP participants can transition back into the community with treatment and support. We believe community corrections placements and parole can assist with transition. The SOTMP will inform the parole or community corrections board of your identified risk for sexual re-offense and status in regards to the following criteria for successful progress in treatment in prison:

**Criteria for Recommendation for Parole for Track II clients:**

1. Client participates and actively engages in recommended level of sex offense-specific treatment as evidenced by participation in treatment.
2. Client has engaged in acceptance of responsibility for offending and abusive behavior as evidenced by a disclosure of their offense related sexual history relevant to identified risk areas. This has been verified through either the sexual history polygraph process, or other clinical indicators per the SOMB standards 3.160 b3a.
3. Client has identified thoughts, feelings, and behaviors that contributed to the offending behavior through the creation of an approved cycle/behavior chain.
4. Client demonstrates management of identified risk areas as verified by clinical indicators in the SOMB standards.
5. Client is compliant with/does not require any CDOC psychiatric recommendations for medication which may enhance his or her ability to benefit from sex offense-specific treatment.
6. Client has completed a comprehensive, written plan to manage ongoing risk areas and treatment needs. The plan must be approved by the SOTMP team.

## IV. RESPONSIBILITIES OF THE THERAPIST:

1. The treatment team will be responsible for keeping confidentiality within the following guidelines:

A. Treatment information will be given to the correctional/support system. This includes: case managers, parole officers, Parole Board, community correction centers and boards, and other professionals who become responsible for providing for your mental health treatment and management. Information may also be released to probation or parole offices, the courts or other judicial entities when requested. The information may include: parole board summaries, risk level, treatment attendance, level of participation, motivation, relapse
prevention information, information reported during polygraph examinations, plan for risk management, offense specific evaluation, risk factors, problem areas, treatment plan and summary, or general progress, and will not require additional written consent. Even after program completion, withdrawal or termination this information may be released without additional written consent.

B.  Under the provisions of Colorado's Constitutional Amendment for Crime Victims, victims may state whether they wish to be notified about any changes in the offender's status in the criminal justice system. By signing this contract, you agree to allow the victim, the victim advocate/therapist, the guardian of a child victim to be informed about your compliance with treatment and any changes in your treatment status (e.g. if you discontinue treatment, if you meet SOMB criteria for successful progress in prison treatment.)
Without your additional consent, the program will release this information to these individuals if they specifically request the information or are registered with the Department of Corrections victim notification program.

C.  Treatment staff may make more specific notes on your progress in the SOTMP part of the Mental Health file.

D.  Any information regarding situations that may result in injury to yourself or others, security issues such as escape planning, or that you may have committed a COPD violation or a crime while in the program may be reported to the appropriate authorities at the discretion of the SOTMP treatment team.

E.  Therapists are legally required to report any abuse or neglect of a person who is a child. Any specific information indicating abuse or neglect of someone who is under the age of 18 must be reported to the Department of Social Services or law enforcement.

F.  Participants will not have any rights to confidentiality with respect to other members of the treatment group. SOTMP participants who are assigned to facilities offering a treatment community will not have confidentiality rights with respect to other members of the treatment community. Withdrawal, suspension or termination from the SOTMP impacts the entire group or treatment community.

The treatment staff may discuss the circumstances of any withdrawal, suspension or termination with the members of the group or treatment community.

G.  On occasion, there will be individuals visiting facilities offering SOTMP treatment and attending group sessions. These visitors may include other mental health clinicians (from within DOC or from the community), students, parole officers, correctional staff, or other interested parties. These visitors will be instructed ahead of time to maintain confidentiality.

H.  Videotapes are confidential and will not be released or shown to anyone who is not on the treatment team without additional written consent.

I.   The goal of this program is "No more victims." In an effort to prevent further victimization, information regarding criminal patterns of behavior may be released to law enforcement. If you are suspected of committing a crime, treatment information may be shared with law enforcement officials for the purpose of providing public safety.

J.  In an attempt to contribute to the advancement of knowledge about people who commit sexual offense and sex offense treatment, information which does not identify specific SOTMP participants may be used for program evaluation and research. Researchers may have access to name, DOC number and treatment information only for the purpose of conducting program evaluation and research which will not identify specific individuals.

2. The treatment staff is responsible for ensuring SOTMP participants are following the treatment contract and to recommend suspension and possible termination for those residents who fail to comply with treatment requirements or progress in treatment. Participants' behavior will be discussed and verified with correctional staff. The staff will write a final evaluation of offenders' participation in the program that will include treatment recommendations.

**AS A MEMBER OF THE SOTMP I AGREE TO THE FOLLOWING TERMS AND CONDITIONS:**

1. I understand and will abide by all rules and regulations established by the DOC and the SOTMP including the following major and basic rules:

A. MAJOR RULES: *A violation of a major rule can seriously impact the safety and security of SOTMP participants and staff. These violations are serious and even a single instance may warrant suspension and termination. Violations include, but are not limited to:*
   a)    Use of drugs or alcohol or abuse of medication.
   b)    Threats of physical harm or acts of violence.
   c)    Racially inflammatory remarks.
   d)    Physical sexual abuse or attempts to abuse others.
   e)    Violation of confidentiality.

B. BASIC RULES:

a)    No COPD violations.
b)    Maintain acceptable personal appearance.
c)    Be punctual for all appointments.
d)    D. Respect others to include, but not limited to, their rights, boundaries, cultural and religious practices.
e)    No physical horse playing.
f)    No stealing.
g)    No sexual contact with others.        .
h)    No sexual acting out.
i)    If you are assigned a job in the facility, you must maintain acceptable facility work assignment performance.
j)    Participate in all parts of the program.

## V. ACKNOWLEDGMENT

I have been informed and acknowledge that I have limited rights of confidentiality regarding my treatment in SOTMP. I have been informed that whatever I tell the Treatment Team is not privileged or private within the SOTMP. This includes all information about me and my past behavior as evidenced by my institutional file and other available sources. All SOTMP participant information may be discussed with other SOTMP participants.

Staff agrees to keep confidentiality within the guidelines outlined and limited by this contract. I understand that if any right of confidentiality or privilege of privacy exist or, subsequent to execution of this contract, are held to exist by statute or rule of law, I hereby waive any and all such rights as they apply to my treatment in the SOTMP.

I have been recommended for participation in the SOTMP. I understand that I have the right to refuse treatment. Although treatment is voluntary, there are certain privileges that are associated with compliance and participation with recommended programs. As sex offense specific treatment constitutes a recommended program, I realize that if I am terminated I will no longer qualify for certain privileges that are awarded based on participation in recommended programs. As a result, I may be reclassified to medium security or above; I may be subject to Loss of Privileges; I will be ineligible for full earned time credit; and I may have a reduced chance of being granted parole. The Treatment program employs a system of levels that provides the opportunity to earn or lose privileges.

I understand the SOTMP will inform the parole or community corrections board of my status in regard to the SOMB criteria for successful progress in treatment in prison. The criteria are dependent upon my treatment format which is determined by the length of my minimum sentence.

I have read, understood, and agreed to all of the above. I understand that if I breach any conditions of this contract that I may be assigned therapeutic learning experiences, lose privileges as explained above, be placed on probation, or be suspended, and possibly terminated from the program. The SOTMP has been explained to me and my questions pertaining to the program have been answered to my satisfaction.

_____ 164296 _Jeremy Fisher____ _April 30, 2025_
Client Signature and DOC#          Printed Name                    Date

_____ _Jessica Sisneros___ _4-30-25___
DOC witness                Printed Name                    Date

Revised 03/22/24